**No. 52438.**—Frank Allaire Co., Inc., et al. *v.* United States, protests 53719–K, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52439.**—T. A. Desmond & Co., Inc., et al. *v.* United States, protests 134288–K, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 30, 1948

**No. 52440.**—Kokusai Suisan Kabushiki Kaisha et al. *v.* United States, protests 50290–K, etc. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the frozen frogs the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610), the claim at 10 percent under paragraph 1558 was sustained.

**No. 52441.**—The J. L. Hudson Company *v.* United States, protests 46370–K, etc. (Detroit).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.